## DECEMBER 5, 1996

No. 96–6953 (A–401). IN RE MILLS. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 96–6908. MEDINA v. BUTTERWORTH, ATTORNEY GENERAL OF FLORIDA, ET AL. Sup. Ct. Fla. Certiorari denied.

No. 96–6949 (A–400). MILLS v. FLORIDA. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

## DECEMBER 6, 1996

No. 84, Orig. UNITED STATES v. ALASKA. Exceptions to Report of the Special Master set for oral argument in due course. Motion of Sierra Club et al. for leave to file a brief as *amicus curiae* granted. [For earlier order herein, see, *e. g.*, 517 U. S. 1207.]

No. 96–511. RENO, ATTORNEY GENERAL OF THE UNITED STATES, ET AL. v. AMERICAN CIVIL LIBERTIES UNION ET AL. Appeal from D. C. E. D. Pa. Probable jurisdiction noted. Brief of appellants is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, January 21, 1997. Briefs of appellees are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Thursday, February 20, 1997. A reply brief, if any, may be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 7, 1997. This Court's Rule 29.2 does not apply.

No. 96–542. MCMILLIAN v. MONROE COUNTY, ALABAMA. C. A. 11th Cir. Certiorari granted. Brief of petitioner is to be